**MEMO ENDORSED**

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
———
Rachel Perillo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2021

Tel: (212) 571-5500
Fax: (212) 571-5507

January 13, 2021

By ECF

Hon. Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: United States v. Avila, et al. (Tyler Patterson)
      Ind. #: (S3) 19 Cr. 166 (VEC)

Dear Judge Caproni:

    I write on behalf of defense counsel for the five defendants named in the above-referenced superseding indictment, and without objection of the government, by AUSA Jamie Bagliebter, to respectfully request a two week extension of the due date for defense motions, presently due January 15, 2021. Counsel request further a corresponding adjustment to the dates for opposition by the government and for any replies, now due the 12th and 26th of February, respectively. This request is made so that defense counsel may have the opportunity to coordinate and discuss motion practice in this matter among ourselves before filing, and for continued review of the voluminous discovery turned over by the government in this case.

    Counsel thanks the Court very much for its attention in this matter.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc

Application GRANTED. Pretrial motions are due **January 29, 2021**. Responses are due **February 26, 2021**. Replies are due **March 12, 2021**. The March 19, 2021 conference is adjourned to **April 2, 2021, at 11:00 a.m.**

SO ORDERED.

*[signature]*
1/14/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE