USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
:
-against- :
: 19-cr-166 (VEC)
:
TYLER PATTERSON, : ORDER
:
Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 29, 2021, the Court granted Defendant's request for a one-week extension to file any pretrial motions (Dkt. 255);

WHEREAS on February 5, 2021, Defendant filed a motion to suppress (Dkt. 258);

WHEREAS on February 6, 2021, Defendant filed a letter motion seeking permission to file a corrected memorandum of law in support of his motion to suppress (Dkt. 261); and

WHEREAS on February 8, 2021, Defendant filed a letter motion seeking permission to file under seal certain exhibits appended to defense counsel's declaration in support of the motion to suppress (Dkt. 263);

IT IS HEREBY ORDERED that Defendant's request to file a corrected memorandum of law is GRANTED. The Court will accept Defendant's updated memorandum of law at Dkt. 262 as the operative memorandum.

IT IS FURTHER ORDERED that, in accordance with this Court's Individual Practices, Defendant must email to Chambers a copy of the documents that Defendant seeks to file under seal not later than **February 11, 2021**. Defendant must also clarify why he seeks to file each document under seal in its entirety rather than redacting the sensitive information.

IT IS FURTHER ORDERED that the Government must respond to Defendant's motion to suppress not later than **March 5, 2021**.  Defendant may reply in further support of his motion not later than **March 19, 2021**.

The Clerk of Court is respectfully requested to terminate the open motion at Dkt. 261.

**SO ORDERED.**

Dated: **February 9, 2021**
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**