**MEMO ENDORSED**

## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
───────────
Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/21
```

November 23, 2021

By ECF

Hon. Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: United States v. Avila, et al. (Tyler Patterson)
        Ind. #: (S3) 19 Cr. 166 (VEC)

Dear Judge Caproni:

    I write to respectfully request a three week extension of the date for the filing of the defense sentence submission in this matter, and an adjournment of the sentence date to a date in early January, 2022. I am gathering documents and information relevant to sentence through family members, schools, treatment providers, and the jail at which my client is currently housed, and these materials will be central to the defense presentation on sentence. I have written the government to request its position regarding this application, but have not yet heard back.

    Thank you very much for your attention. If your Honor desires further information with respect to this application, it is requested that the undersigned be contacted.

                                    Sincerely,

                                    *Robert A. Soloway*

                                    Robert A. Soloway

cc: All Counsel
    (by ECF)
RAS:sc

The sentencing hearing currently scheduled for December 7, 2021, at 10:00 a.m. is hereby ADJOURNED until **January 18, 2022, at 11:00 a.m.**  The deadline for sentencing submissions is hereby ADJOURNED until December 28, 2021.

Counsel is advised not to wait to request extensions until the date of the deadline in the future.

SO ORDERED.

*[Signature]*  11/24/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE