# MEMO ENDORSED

## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

December 21, 2021

By ECF

Hon. Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/21

Re: United States v. Avila, et al. (Tyler Patterson)
Ind. #: (S3) 19 Cr. 166 (VEC)

Dear Judge Caproni:

     I write to respectfully request a 45 day extension of the date for the filing of the defense sentence submission in this matter (currently due December 23), and a corresponding adjournment of the sentencing to a date to March, 2022. Through contacts with several family members of my client, I have recently become aware of documents residing with the Administration for Children's Services ("ACS") which I anticipate will be central to my client's sentencing case, and which it is important for the Court to be aware of when imposing sentence. I am currently working with my client's mother and others who are assisting me to obtain these records, and request that the Court provide me with the time needed to prepare a full and complete sentencing presentation in this serious matter. I have written the prosecutors seeking their position with respect to this application, but have not yet received a response.

     Thank you very much for your attention. If your Honor desires further information with respect to this application, it is requested that the undersigned be contacted.

Respectfully,

*Robert A. Soloway*

Robert A. Soloway

cc: All Counsel (by ECF)
RAS:sc

Application GRANTED.  The sentencing hearing currently scheduled for Tuesday, January 18, 2022, at 11:00 a.m. is hereby ADJOURNED until **Monday, March 7, 2022, at 11:00 a.m.**  The deadline to submit sentencing submissions is hereby ADJOURNED from December 23, 2021 until February 21, 2022.

SO ORDERED.

*[signature]* 12/21/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE