**MEMO ENDORSED**

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

March 13, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/14/22
```

By ECF

Hon. Valerie E. Caproni
United States District Court Judge
40 Foley Square
New York, New York 10007

Re: United States v. Avila, et al. (Tyler Patterson)
Ind. #: (S3) 19 Cr. 166 (VEC)

Dear Judge Caproni:

By letter dated February 22, 2022, I wrote the Court requesting an extension of the sentence date in this matter to complete work on the defendant's sentencing submission. The Court granted this application and fixed March 15, 2022 for the filing of the submission, and the sentence date as March 28, 2022. My office will be timely filing the defense submission on or before March 15. However, and without objection of the government, I must request a brief extension of the sentencing hearing because I will be out of the country on March 28 with respect to investigative matters in connection with an E.D.N.Y. trial commencing Monday, April 4 with several days of jury questionnaire distribution. (*United States v Kandic*, 17 Cr. 449 (NGG)). I expect at this time to return from overseas on or about March 30. As the evidence portion of the *Kandic* trial begins May 2, I am able to appear for sentence, if convenient to the Court, any day between April 12 to 15, while counsel for both sides are reviewing questionnaires for cause strikes, and before in-court screening of prospective jurors begins on Monday, April 18. I am informed the stated dates for sentence are convenient for the government.

For the foregoing reason, it is respectfully requested that the sentence date in this matter, now scheduled for March 28, 2022, be extended to a date convenient to the Court between April 12 and April 15, 2022. Should your Honor desire further information with respect to this application, it is requested that the undersigned be contacted, and I thank your Honor very much for your attention.

Respectfully,

*Robert A. Soloway*

Robert A. Soloway

cc: All Counsel (by ECF)
RAS:sc

Application GRANTED. The sentencing hearing currently scheduled for March 28, 2022, at 11:15 a.m. is hereby ADJOURNED until **Thursday, April 14, 2022, at 2:30 p.m.**

SO ORDERED.

3/14/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE