```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA               :
                                       :
       -against-                       :     19-CR-166 (VEC)
                                       :
TYLER PATTERSON,                       :     ORDER
                                       :
                         Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 14, 2022, Tyler Patterson ("Defendant") was sentenced principally to a term of imprisonment of fourteen years, *see* Judgment, Dkt. 418;

WHEREAS on February 21, 2024, Defendant filed a motion requesting that the Court consider a sentence reduction pursuant to Amendment 821 to the U.S. Sentencing Guidelines ("Amendment 821"), *see* Mot., Dkt. 463, which went into effect on November 1, 2023, and which applies retroactively; *see* U.S.S.G. §§ 1B1.10, 4A1.1(e), 4C1.1;

WHEREAS on March 8, 2024, the United States Probation Department reported that Defendant does not meet the eligibility criteria for the status points reduction or for the zero-point offender reduction, *see* Probation Report, Dkt. 466; and

WHEREAS the Court has considered the record in this case;

IT IS HEREBY ORDERED that Defendant is ineligible for a sentence reduction pursuant to Amendment 821 because neither the status points reduction nor the zero-point offender reduction applies to him.  Defendant's motion is therefore DENIED.

1

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close the open motion at Dkt. 463, to mail a copy of this Order to Mr. Patterson, and to note the mailing on the docket.

**SO ORDERED.**

**Dated: March 11, 2024**
        **New York, NY**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**